JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHANTONY JESUS DEROY DEROY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | NO. EDCV 26-5955-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order, the Petition is GRANTED.

DATED: October 20, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE